### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN BUSSOLARI | : | NO.:  3:14-CV-00149-JAM |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD; OFFICER WILLIAM GORMAN, OFFICER JUSTIN NELSON and OFFICER PETER SHON | : : : | FEBRUARY 3, 2016 |

### MOTION FOR CONTINUANCE OF TRIAL

The defendants, **Officer William Gorman, Officer Justin Nelson** and **Officer Peter Shon**, hereby move to continue the trial, scheduled for February 16, 2016, due to a medical emergency[1] of the defendant, William Gorman.  Undersigned counsel just learned today of this medical emergency.

Counsel for the undersigned defendants has contacted both counsel for the plaintiff and counsel for the City of Hartford.  Counsel for the plaintiff initially consented, then at 4:36 p.m., contacted defense counsel and indicated that his client does not consent.  Counsel for the City of Hartford does consent to said continuance.

---

[1] Due to detailed and confidential nature of the medical emergency, counsel spoke with the Judge's chambers on the telephone today and detailed the medical emergency.

        DEFENDANTS,
        OFFICER WILLIAM GORMAN, OFFICER JUSTIN NELSON and OFFICER PETER SHON


By /s/ Alan R. Dembiczak
   Alan R. Dembiczak
   ct25755
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  adembiczak@hl-law.com

## **CERTIFICATION**

     This is to certify that on **February 3, 2016** a copy of the foregoing **Motion for Continuance of Trial** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Peter M. Van Dyke, Esq.
Eagan, Donahue, Van Dyke & Falsey, LLP
24 Arapahoe Road
West Hartford, CT  06107

Nathalie Feola-Guerrieri, Esq.
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103


        /s/ Alan R. Dembiczak
        Alan R. Dembiczak