UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN BUSSOLARI | : | NO.:  3:14-CV-00149-JAM |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD; OFFICER WILLIAM GORMAN, OFFICER JUSTIN NELSON | : | |
| and OFFICER PETER SHON | : | SEPTEMBER 20, 2016 |

**PROPOSED DESCRIPTION OF THE CASE**

This is an action to address alleged violations of civil rights secured by the United States Constitution, and for claims under State law.  The plaintiff alleges he was subjected to excessive force in violation of the Fourth Amendment to the United States Constitution, and that officers failed to intervene in the alleged excessive force.  Plaintiff also pleads State law claims of assault and battery, recklessness, intentional infliction of emotional distress, negligence, negligent infliction of emotional distress and violations of the Connecticut Constitution, Article First, § 7.  The defendants deny these allegations and claim that any use of force was objectively reasonable in light of the circumstances, and any State law claims fail as well.

EXHIBIT A

| | |
|---|---|
| PLAINTIFF,<br>JONATHAN BUSSOLARI | DEFENDANTS,<br>OFFICER WILLIAM GORMAN, OFFICER JUSTIN NELSON and OFFICER PETER SHON |
| By /s/ Peter M. Van Dyke<br>　Peter M. Van Dyke<br>　ct24747<br>　Eagan, Donahue, Van Dyke & Falsey, LLP<br>　24 Arapahoe Road<br>　West Hartford, CT  06107<br>　(860) 232-7200<br>　(860) 232-0214 (Fax)<br>　E-mail:  pvd@eddf-law.com<br>　E-mail:  ope@eddf-law.com | By /s/ Alan R. Dembiczak<br>　Alan R. Dembiczak<br>　ct25755<br>　Howd & Ludorf, LLC<br>　65 Wethersfield Avenue<br>　Hartford, CT  06114<br>　(860) 249-1361<br>　(860) 249-7665 (Fax)<br>　E-Mail:  adembiczak@hl-law.com |

DEFENDANT,
CITY OF HARTFORD

By /s/ Nathalie Feola-Guerrieri
　Nathalie Feola-Guerrieri
　ct17217
　Office of Corporation Counsel
　City of Hartford
　550 Main Street
　Hartford, CT  06103
　(860) 757-9709
　(860) 722-8114 (Fax)
　E-mail:  feoln001@hartford.gov

**CERTIFICATION**

      This is to certify that on **September 20, 2016**, a copy of the foregoing **Proposed Description of the Case** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Peter M. Van Dyke, Esq.
Eagan, Donahue, Van Dyke & Falsey, LLP
24 Arapahoe Road
West Hartford, CT  06107

Nathalie Feola-Guerrieri, Esq.
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

                                                    /s/ Alan R. Dembiczak
                                                    Alan R. Dembiczak

EXHIBIT A